UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JUSTIN EMMANUEL ELLIOT | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| TRAVELERS PROPERTY CASUALTY | ) | 5:22-cv-177-FL |
| COMPANY OF AMERICA, | ) | |
| EDUCATIONAL DATA SYSTEMS | ) | |
| INCORPORATED; CAPE FEAR | ) | |
| AVIATION MAINTENANCE, LLC, d/b/a | ) | |
| Cape Fear Aviation; CAPE FEAR | ) | |
| AVIATION SERVICES, LLC, d/b/a Cape | ) | |
| Fear Aviation; CAPE FEAR AVIATION | ) | |
| FAYETTEVILLE, LLC, d/b/a Cape Fear | ) | |
| Aviation; SCOT SMITH, Individually and | ) | |
| as Owner of Cape Fear Aviation | ) | |
| Maintenance, LLC; ROGER DALE SMITH, | ) | |
| Individually and as Owner of Cape Fear | ) | |
| Aviation Fayetteville LLC; CYNTHIA B. | ) | |
| SMITH, Individually and as Owner of Cape | ) | |
| Fear Aviation; and JACOB JAKE | ) | |
| PARSONS, | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss and plaintiff's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 16, 2022, and for the reasons set forth more specifically therein, defendants' motion to dismiss is GRANTED.

**This Judgment Filed and Entered on August 16, 2022, and Copies To:**
Matthew S. Bissett  (via CM/ECF Notice of Electronic Filing)
John S. Buford / John Becker Mumford, Jr. / Matthew J. Lavisky / Theodore Nicholas Goanos (via CM/ECF Notice of Electronic Filing)
Andrew L. Fitzgerald  (via CM/ECF Notice of Electronic Filing)

August 16, 2022 PETER A. MOORE, JR., CLERK

  /s/ Sandra K. Collins
(By) Sandra K. Collins, Deputy Clerk